Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendant
HAMID GHAZVINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HAMID GHAZVINI, REZA NIKFAR, MING TAN, and THOMAS STEIBER,<br><br>Defendants. | Case No. CR12-00660 CW<br><br>**STIPULATION AND ORDER ALLOWING DEFENDANT TO TRAVEL OVER THE CHRISTMAS HOLIDAYS** |

 The United States, through undersigned Assistant United States Attorney Michelle Kane, and the defendant, through undersigned counsel Martha Boersch, hereby agree and stipulate, with the concurrence of Pretrial Services, that defendant Hamid Ghazvini may travel out of this district to Sacramento, Folsom, and Lake Tahoe California on December 29, 2012 through January 4, 2013. Mr. Ghazvini will coordinate with pretrial Services and provide his itinerary to his Pretrial Services Officer before departing.

Dated:  December 11, 2012                    */s/ Martha Boersch*
                                              MARTHA BOERSCH
                                              Attorney for Defendant Hamid Ghazvini

Dated:  December 11, 2012                    */s/ Michelle Kane*
                                              MICHELLE KANE
                                              Assistant United States Attorney

1 | Based on the record herein and the stipulation of the parties:

2 | IT IS SO ORDERED:

3 | Dated: 12/12/12

4 | _____
DONNA M. RYU
United States Magistrate Judge