Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendant
HAMID GHAZVINI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR12-00660 CW |
| v. | **STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL** |
| HAMID GHAZVINI, REZA NIKFAR, MING TAN, and THOMAS STEIBER, | |
| Defendants. | |

The United States, through undersigned Assistant United States Attorney Michelle Kane, and the defendant, through undersigned counsel Martha Boersch, hereby agree and stipulate, with the concurrence of Pretrial Services, that defendant Hamid Ghazvini may travel out of this district to Sacramento, California, on March 21, 2013 through March 23, 2013 to attend the Sacramento Regional Robotic Tournament at UC Davis. Mr. Ghazvini will coordinate with Pretrial Services and provide his itinerary to his Pretrial Services Officer before departing.

Dated: March 20, 2013

*/s/ Martha Boersch*
MARTHA BOERSCH
Attorney for Defendant Hamid Ghazvini

Dated: March 20, 2013

*/s/ Michelle Kane*
MICHELLE KANE
Assistant United States Attorney

1  Based on the record herein and the stipulation of the parties:

2 IT IS SO ORDERED:

3 Dated: March 21, 2013

4 _____
DONNA M. RYU
United States Magistrate Judge