Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendant
HAMID GHAZVINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HAMID GHAZVINI, REZA NIKFAR, MING TAN, and THOMAS STEIBER,<br><br>Defendants. | Case No. CR12-00660 CW<br><br>**STIPULATION AND ORDER ALLOWING DEFENDANT TO TRAVEL IN CALIFORNIA** |

The United States, through undersigned Assistant United States Attorney Michelle Kane, and the defendant, through undersigned counsel Martha Boersch, hereby agree and stipulate, with the concurrence of Pretrial Services, that the Conditions of Release for defendant Hamid Ghazvini shall be amended so that Mr. Ghazvini may travel outside the Northern District of California. Any such travel is limited to the state of California. Before any such travel, Mr. Ghazvini will coordinate with Pretrial Services and provide his itinerary and any other information requested by Pretrial Services to his Pretrial Services Officer before departing. A copy of Mr. Ghazvini's current Conditions of Release and Appearance is attached hereto as Exhibit A.

Dated: April 11, 2013

*/s/ Martha Boersch*
MARTHA BOERSCH
Attorney for Defendant Hamid Ghazvini

Dated: April 11, 2013

*/s/ Michelle Kane*
MICHELLE KANE
Assistant United States Attorney

1    STIP & ORDER ALLOWING TRAVEL
Case No.: CR12-00660-CW

1
2      Based on the record herein and the stipulation of the parties:

3  IT IS SO ORDERED:

4  Dated:  April 11, 2013                                 _____
                                                          DONNA M. RYU
5                                                         United States Magistrate Judge