1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        michelle.kane3@usdoj.gov
8
   Attorneys for United States of America
9
                         UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                 OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,            )  NO. 12-00660 CW
                                        )
14        Plaintiff,                    )  STIPULATION AND ORDER SETTING CHANGE
                                        )  OF PLEA HEARING SEPTEMBER 16, 2013.
15     v.                               )
                                        )  Date: September 16, 2013
16 HAMID GHAZVINI,                      )  Time: 2:30 p.m.
                                        )  Courtroom: Hon. Claudia Wilken
17        Defendant.                    )
                                        )
18

19

20

21

22

23

24

25

26

27

28
   STIP. AND [PROPOSED] ORDER
   RE CHANGE OF PLEA
   CR 12-660 CW

1    Defendant Hamid Ghazvini, by and through his retained counsel, and the United States

2  Attorney's Office for the Northern District of California, hereby stipulate and agree that this matter

3  should be set for change of plea before this Court on September 16, 2013, at 2:30 p.m. Mr. Ghazvini is

4  currently out of custody on pretrial supervision.

5    IT IS SO STIPULATED.

6
                                                    MELINDA HAAG
7                                                   United States Attorney

8

9  Dated: September 10, 2013                          /s/
                                                    MICHELLE J. KANE
10                                                  Assistant United States Attorney

11

12 Dated: September 10, 2013                          /s/
                                                    MARTHA BOERSCH
13                                                  Attorney for Defendant Hamid Ghazvini

14

15

16                          **ORDER**

17    Based on the stipulation of the parties, the Court HEREBY ORDERS that the matter of *United

18 States v. Hamid Ghazvini* shall be set for change of plea before this Court on September 16, 2013, at

19 2:30 p.m.

20    IT IS SO ORDERED.

21

22 DATED: __9/11/2013__
                                                    CLAUDIA WILKEN
23                                                  Chief United States District Judge

24

25

26

27

28                                  2

STIP. AND [PROPOSED] ORDER
RE CHANGE OF PLEA
CR 12-660 CW